SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 4:00 p.m. on March 29, 2018, and recessed at 4:27 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 3 minutes

### 5:16-SM-00106   GRAND JURY REPORT

 X  Partial Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.
 X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:17-cr-00171-01-04** | X | |
| 5:18-cr-00030-01** | | X |
| 6:18-cr-00072-01 | | X |
| 6:18-cr-00076-01*** | X | |
| 3:18-cr-00083-01 | | X |
| 5:18-cr-00073-01-02*** | X | |
| 5:18-cr-00077-01 | | X |
| 5:18-cr-00078-01* | X | |
| 5:18-cr-00084-01-02 | | X |

## SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:18-cr-00085-01-05 | | X |
| 3:18-cr-00086-01-17 | X | |
| 5:18-cr-00079-01 | X | |
| 5:18-cr-00080-01 | X | |
| 5:18-cr-00082-01 | X | |
| 5:18-cr-00087-01 | X | |

  *   In Federal Custody
 **   Superseding Indictment
***   State Custody