UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 5:18-cr-00084** |
| | * | |
| | * | 18 U.S.C. §§ 1349, 1343 |
| | * | 18 U.S.C. § 1956(h) |
| **VERSUS** | * | 18 U.S.C. § 1957 |
| | * | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) |
| | * | 18 U.S.C. § 982(a)(1) |
| | * | |
| **GREGORY ALAN SMITH (01)** | * | **CHIEF JUDGE HICKS** |
| **KIRBYJON H. CALDWELL (02)** | * | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

THIS MATTER having come before the Court on the motion of the United States of America, by and through its undersigned counsel, and the Court having found that entering a Protective Order regarding discovery materials is appropriate, and for good cause shown,

IT IS ORDERED that the motion is GRANTED, and the Court hereby finds that:

1.      The Government will produce discovery materials in this case that contain, among other things, personally identifiable information; private financial information of individuals, including the Defendants and victims; other private information, including social security numbers, addresses, and birth dates; and confidential tax returns and taxpayer return information within the meaning of Title 26, United States Code, Section 6103(b).  Disclosure of such tax return and

taxpayer return information is governed by Title 26 United States Code, Section 6103(a), which mandates that return and return information will be confidential except as authorized by Section 6103. Section 6103(h)(4)(D) permits disclosure to the defense of such tax return and taxpayer return information in accord with Rule 16 of the Federal Rules of Criminal Procedure, but further disclosure of this information, including tax returns and tax return information by Defendants or their respective attorney is restricted by Section 6103.

2. The discovery materials also include information which is governed by Rule 6(e) of the Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED THAT:**

1. The materials produced by the Government may be used by the Defendants, Defendant's counsel and any employees or agents of Defendant's counsel solely in the defense of this case.

2. Defendant's counsel and Defendants will not disclose the private information or tax return information contained in the discovery material directly or indirectly to any person except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case.

3. The discovery material produced by the Government will not be copied or reproduced unless the material is copied or reproduced for authorized persons to assist in the defense, and in the event copies are made, the copies shall be protected in the same manner as the original material.

4. When providing the discovery materials to an authorized person, the Defendant's counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

5. Defendant's counsel will inform their respective Defendant of the provisions of this Protective Order, and direct him not to disclose or use any information contained in the Government's discovery in violation of this Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

SHREVEPORT, LOUISIANA, this 12 day of April, 2018.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE