**MINUTES [0:30]**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:18-CR-00084 |
| versus | CHIEF JUDGE HICKS |
| GREGORY ALAN SMITH (01)<br>KIRBYJON H CALDWELL (02) | MAGISTRATE JUDGE HORNSBY |

**********************

A Status Conference was held before Magistrate Judge Hornsby on June 27, 2018. Present for the Government was Seth D. Reeg and present for Defendants were Donald E. Hathaway, Jr (01), Robert R. Smith by phone (01), Ansel Martin Stroud, III (02), Dan L. Cogdell (02) and Karima G. Maloney (02). The court granted Defendants' oral motion to vacate the motion deadline. The Government anticipates over the next thirty days that discovery will be complete.

A follow-up Status Conference will be held on November 1, 2018 at 10:30 a.m. Any party may request an earlier date by contacting the court. Due to the volume of discovery and Defendants' need to determine whether they should file any motions, no scheduling order will be entered at this time. The court finds that this delay is necessary in the interests of justice.

**July 2, 2018**



Mark L. Hornsby
U.S. Magistrate Judge