### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CASE NO. 5:18-CR-00084** |
| **Plaintiff,** | § | |
| **vs.** | § | |
| | § | |
| **GREGORY ALAN SMITH (01)** | § | |
| **KIRBYJON H. CALDWELL (02)** | § | **JUDGE HICKS** |
| **Defendants.** | § | **MAGISTRATE JUDGE HORNSBY** |

### <u>ORDER</u>

Upon consideration of Defendant Kirbyjon Caldwell's Unopposed Motion for a Continuance, the Court finds that the Motion should be GRANTED.

The above-captioned matter is hereby referred to Magistrate Judge Hornsby in order to set a scheduling conference.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 25th day of February, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT