RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/11/2020
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:18-cr-00084-02 |
| | * | |
| VERSUS | * | 18 U.S.C. § 1957 |
| | * | |
| | * | CHIEF JUDGE HICKS |
| KIRBYJON H. CALDWELL (02) | * | MAGISTRATE JUDGE HORNSBY |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, KIRBYJON H. CALDWELL, the Defendant, having been furnished a copy of the Indictment and having discussed same with my attorney, state that I understand the nature of the charge against me and the maximum possible penalty that may be imposed against me as set forth in the plea agreement.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

2. My right to plead guilty or not guilty.

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt beyond a reasonable doubt in order to convict.

4. My right not to be required to testify against myself or at all, if I do not so desire.

5. My right to confront and cross-examine witnesses against me.

6. My right to use compulsory process to require witnesses to appear at trial and testify.

I realize that by pleading guilty I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements (except the plea agreement) whatsoever from anyone associated with the State or United States Government or my attorney and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Read, Understood, Agreed and Signed this 10th day of March, 2020 in Shreveport, Louisiana.

_____
KIRBYJON H. CALDWELL
Defendant

_____
KARIMA MALONEY
Defense Attorney