UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-00084-02 |
| VERSUS | * | CHIEF JUDGE HICKS |
| KIRBYJON H. CALDWELL (02) | * | MAGISTRATE JUDGE HORNSBY |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, who respectfully move to continue the sentencing of Kirbyjon H. Caldwell, as follows:

1.

On March 29, 2018, the Grand Jury indicted Caldwell for Conspiracy to Commit Wire Fraud, Wire Fraud, and Money Laundering. On March 11, 2020, Caldwell pled guilty to Count 1 of the indictment pursuant to a plea agreement with the government. The sentencing hearing date is presently set for July 22, 2020.

2.

In the interest of justice, the government requests that the Court continue and postpone the sentencing hearing to a date at least 90 days after the currently set sentencing date so that the government and the Court can have a full opportunity to assess and evaluate all of the relevant information for sentencing.

3.

The undersigned has conferred with counsel for Caldwell regarding the instant motion. Defense counsel does not object to the requested continuance.

WHEREFORE the government respectfully requests that the sentencing hearing be continued for a period of at least 90 days.

Respectfully submitted this 6th day of July, 2020.

                DAVID C. JOSEPH
                United States Attorney

By:   /s Seth D. Reeg_____
       SETH D. REEG, # 34184
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, LA  71101
       318/676-3600

       /s Mignonne Griffing_____
       C. MIGNONNE GRIFFING, #19601
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, LA  71101
       318/676-3600