**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00084-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KIRBYJON H. CALDWELL (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Upon consideration of the United States' Motion to Continue Sentencing and for good cause shown,

IT IS ORDERED that the sentencing date of July 22, 2020 is hereby upset and will be reset by further order of the Court.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 7th day of July, 2020.

                                            _____
                                            S. MAURICE HICKS, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT