UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. 5:18-CR-00084 |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| GREGORY ALAN SMITH (01) | § | |
| KIRBYJON H. CALDWELL (02) | § | JUDGE HICKS |
| Defendants. | § | MAGISTRATE JUDGE HORNSBY |

### DAN L. COGDELL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Dan L. Cogdell, attorney of record for Defendant Kirbyjon H. Caldwell in the above styled and numbered cause, files this Unopposed Motion to Withdraw as counsel for Defendant Kirbyjon H. Caldwell and for good cause would show the Court as follows:

1.      The undersigned counsel was retained to represent Mr. Kirbyjon H. Caldwell in a jury trial. This matter did not proceed to trial; rather Mr. Caldwell entered a guilty plea.  Mr. Kirbyjon H. Caldwell has indicated that in order to conserve legal fees, he no longer wishes for the undersigned to represent him at sentencing along with the other counsel of record.

2.      Mr. Dennis Hester, my former associate, now works at the office of the Federal Public Defender in Houston, Texas. Mr. Hester no longer represents Mr. Caldwell.

3.      The Government has no objection to this motion.

Dated:  November 18, 2020.

Respectfully submitted,

**COGDELL LAW FIRM, PLLC**

*/s/ Dan L. Cogdell*
Dan L. Cogdell, *pro hac vice*
402 Main Street, 4th Floor
Houston, Texas 77002
(713) 426-2244 (telephone)
(713) 426-2255
dan@cogdell-law.com

**SMYSER KAPLAN & VESELKA L.L.P.**

*/s/ Karima G. Maloney*
Karima G. Maloney, *pro hac vice*
Sydney A. Scott, *pro hac vice*
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300 (telephone)
(713) 221-2320 (facsimile)
kmaloney@skv.com
sscott@skv.com

**STROUD, CARMOUCHE & BUCKLE, PLLC**

*/s/ A.M. Stroud, III*
A.M. Stroud, III Bar. Mo. 12548
7330 Fern Avenue, Suite 903
Shreveport, Louisiana 71105
(318) 629-0014 (telephone)
(318) 404-1571 (facsimile)
Marty@scb-law.com

**ATTORNEYS FOR DEFENDANT
KIRBYJON CALDWELL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Karima Maloney*
Karima Maloney

2