# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 26, 2022

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

  No. 21-30717  USA v. Caldwell
        USDC No. 5:18-CR-84-2

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Dantrell L. Johnson, Deputy Clerk
        504-310-7689

cc w/encl:
 Mrs. Nichole Marie Buckle
 Ms. Camille Ann Domingue
 Ms. Karima Maloney
 Ms. Sydney Alexandra Scott

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 21-30717
_____

United States of America,

*Plaintiff—Appellee,*

versus

Kirbyjon H. Caldwell,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:18-CR-84-2

_____

**A True Copy**
Certified order issued Jan 26, 2022

*Tyler W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of January 26, 2022, pursuant to appellant's unopposed motion.

No. 21-30717

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2